IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-02372-CMA-CBS

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1999 NISSAN SKYLINE R34, VIN GGJPRWYR34ZDAAAKCD,
JAPANESE VIN BNR34-000930,

 Defendant.
_____

**ORDER ON JUNE 15, 2009 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE
FOR DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**
_____

  This matter is before the Court on Plaintiff's Motion for Default Judgment and Final Order of Forfeiture (Doc. # 14).  The motion was referred to Magistrate Judge Craig B. Shaffer for a Recommendation by Order of Reference dated November 4, 2009.  Magistrate Judge Shaffer issued a Recommendation on June 15, 2009 that the above-referenced motion be **granted.**  (Recommendation **p 3**.)  The Recommendation is incorporated herein by reference.  See 28 U.S.C. § 636(b)(1)(B), Fed.R.Civ.P. 72(b).

  The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation.  (Recommendation **p 4**.)  Despite this advisement, no objections to the Magistrate

Judge's Recommendation were filed by either party.

> "In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Shaffer is sound and that there is no clear error on the face of the record.  *See* Fed.R.Civ.P. 72(a).  I agree that the above-referenced Motion for Default Judgment and Final Order of Forfeiture should be **granted**.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Craig B. Shaffer (Doc. # 17) is AFFIRMED and ADOPTED.

In accordance therewith, it is

FURTHER ORDERED that Default judgment and forfeiture be entered in favor of Plaintiff United States of America and against Defendant 1999 Nissan Skyline R34, 2-door coupe, orange in color, VIN GGJPRWYR34ZDAAAKCD, Japanese VIN BNR34-000930, including all right, title and interest.  It is

FURTHER ORDERED that Plaintiff United States of America shall have full and legal title to the Defendant 1999 Nissan Skyline R34, 2-door coupe, orange in color, VIN GGJPRWYR34ZDAAAKCD, Japanese VIN BNR34-000930 and may dispose of


Defendant property in accordance with the law.  It is

FURTHER ORDERED that this Default Judgment and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 27 U.S.C. § 2465.

DATED: August 5, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge